UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Tricia Maria Stevenson　　　　　　　　　　　:　　　　　Case #　　07-55743

　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　　Judge　Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: 05/31/2011　　　　　　　　　　　　　/s/ Frank M. Pees_____
　　　　　　　　　　　　　　　　　　　　　　　Frank M. Pees
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| Tricia Maria Stevenson<br>409 N Garfield Ave<br>Columbus, OH 43203 | $9.46 |